No. 10–105. McGEE v. SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–106. McGEE v. BROWN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 10–107. RICCARDI v. KESSLER. C. A. 6th Cir. Certiorari denied.

No. 10–111. EL-HEWIE v. BOARD OF EDUCATION OF THE BERGEN COUNTY VOCATIONAL SCHOOL DISTRICT ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–112. VADDE v. BANK OF AMERICA. Ct. App. Ga. Certiorari denied.

No. 10–115. HAMILTON v. DAYCO PRODUCTS, LLC, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–117. GENTILE v. MADAN ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–119. STOLLER v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT; STOLLER v. GOOGLE, INC.; STOLLER v. PURE FISHING, INC.; and STOLLER v. NEARY. C. A. 7th Cir. Certiorari denied.

No. 10–121. STEM ET AL. v. WIX ET AL. Ct. App. Tenn. Certiorari denied.

No. 10–123. NEWMARK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–124. TULLY v. BARADA ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–126. MEDIA TECHNOLOGIES LICENSING, LLC, ET AL. v. UPPER DECK CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–128. UNGER v. TAYLOR, SHERIFF, ANDERSON COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.